United States District Court
For the Eastern District of Pennsylvania

Zumar DuBose    204-72-509
FBOP FCI Ray Brook
P.O. Box 900
New York, NY 12977

(1). Zumar DuBose                        : Civil Action
                v.                       :
(1). The United States of America        : # _____

## *Federal Tort Claim Act Complaint*

### *Cause of Action*

1. Negligence,
2. Fraud, misrepresentation, deceit,
3. Intentional infliction of emotional Distress,
4. Invasion of Privacy,

### *Damages*

1. $100,000,000.00 in actual, nominal, compensatory, punitive, presumptive, declaratory, pecuniary damages

## *Jurisdiction*

This court has Jurisdiction pursuant to:

1) 28 U.S.C. 1346 (b)(1)

2). 28 U.S.C. 2674

3). Pursuant to 28 U.S.C. 2675 I filed and submitted Standard form 95 to the Dept. of Justice FBOP by mail and Prison FBOP in house communication, but I received no response or any correspondences. The USA employees are subornate to my SF-95 starting 11-12-2020 and still ongoing to day 1-12-2026.
  "See Exhibit A   SF-95 attached."

4). 18 U.S.C. 4042(a)(2-3) Duties of Bureau of Prisons violation

The USA FBOP employees have a duty to keep the ventilation safe, food safe when served or in the proper amounts, safe bedding and more and it is no judgment or choice.

28 USC 2680(h) does not stop suit in this case.

5). 28 U.S.C. 2402

2 of 17

## Objection

1). I am a Federal Prisoner starting 12-3-2020 and still ongoing today 1-12-2026.

2). The USA does not have any Judgment or Choice to any of the claims made in this complaint. No exception rule per 28 USC 2680 (a)(h)

## Cause of Action 2

2) Starting 12-3-2020 and still ongoing today 1-12-2026 ~~everysingle~~ everyday for at least 5 years in a row of my incarceration the United States of America and it's FBOP employees acted negligently in providing suitable living quarters, care, and protection for Zumar DuBose by Refusing to sanitize the unclean showers, unclean toilet in my cell, unclean sink, unclean floor in my cell and common area, unclean shelves in my cell, unclean bedding and frames in my cell which caused ~~the~~ Zumar DuBose injuries of loss of dignity, mental harms, stress, anxiety, depression, worsening of my mental illness, skin rash, Covid 19 contraction 6 times in 5 years, migraines that lasted 2 hours at least, and damages of $100,000,000.00 in actual, nominal, presumptive, punitive, compensatory, pecuniary, and declaratory damages.
(See Standing form 95 attached Exhibit A).

## Cause of Action 1

1). Starting 12-3-2020 and still ongoing today 1-12-2026 for everyday for at least 5 years in a row for approximately 1 hour or more; the United States of America and it's FBOP employees acted negligently in providing suitable living quarters, care, and protection for Zumar DuBose by forcing Zumar DuBose to breathe second hand tobacco smoke, second hand marijuana smoke, second hand K-2 synthetic chemical smoke, and second hand Crack Cocaine smoke, PCP smoke, thru the Prison ventilation systems causing Zumar DuBose present injuries, future injuries, headaches migraines that lasted for more than 3 hours, stress, anxiety, worsening of Zumar DuBose mental illness, second hand intoxications, hallucinations, psycosis, red watery eyes, itchy eyes, change in voice, nose bleeds, depression for more than 10 days in a row, hunger pains, memory loss, future & present frontal cortex brain damage, future risk of Cancer in skin, body, lungs, coughing, Coronary heart disease risks, speech disabilities, and more, causing Zumar DuBose present & future damages in the amount of $100,000,000.00 in actual, nominal, compensatory, punitive, declaratory, presumptive, pecuniary damages.

See standing form 95 filed & submitted to DOJ FBOP attached Exhibit A

## Cause of Action 3

3). Starting 12-3-2020 and still ongoing today 1-12-2026 for at least 5 years in a row the United States of America and it's FBOP employees acted negligently in providing suitable living quarters, care, and protection for Zumar DuBose by forcing Zumir DuBose to go untreated for his mental illness diagnosed by the FBOP psychiatrist for at least 3 years and still ongoing causing mental illness to worsen, loss of dignity, hallucinations, and the damages totalling $100,000,000.00 in actual, nominal, presumptive, compensatory, punitive, pecuniary, and declaratory damages.

(See Standing Form 95 attached Exhibit A.)

## Cause of Action 4

4). Starting 12-3-2020 and still ongoing today 1-12-2026 for at least 3 years the United States of America and it's FBOP employees acted negligently in providing suitable living quarters, care, and protection for Zumer DuBose by forcing Zumer DuBose to go untreated for his High Blood pressure levels, pre diabetes, high cholestoral, Improper vitamin level, improper nutrients level, failed to give me cleaning for my teeth for more than at least 6 months, causing present unknown injuries and future unknown injuries in the amount of $100,000,000.00 in actual, nominal, presumptive, compensatory, punitive, pecuniary, and declaratory damages.

(See Standing form 95 attached Exhibit A)

## Cause of Action 5

5). Starting 12-3-2020 and still ongoing today 1-12-2026 for at least 5 years the United States of America and it's employees at the FBOP acted negligently in providing suitable living quarters, care, and protection for Zumar DuBose by forcing Zumar DuBose on a diet that fails to adequately provide nutrition that meets Zumar DuBose age, weight, height, level of activity, high cholesterol, prediabetes, high blood pressure levels, and unknown causing Zumar DuBose Sr. Present injuries, future unknown injuries, to be malnourished, depression, anxiety, stress, loss of energy, loss of sleep from hunger pains everyday of incarceration, sleep deprivation, loss of unnecessary weight, causing $160,000,000.00 in actual, nominal, presumptive, compensatory, pecuniary, ~~presumptive~~, punitive and declaratory damages.

(See Standing form 95 attached Exhibit A)

## Cause of Action 7

7). Starting 12-3-2020 and still ongoing today 1-12-2026 for at least 5 years in a row for everyday the United States of America and the FBOP employees acted negligently in providing suitable living quarters, care, and protection for Zumar DuBose by forcing Zumar DuBose to sleep on a damaged 2 inch thick cotton for over 3 years causing ~~stress~~ Zumar DuBose anxiety, stress, depression, lower back pains, neck pains, loss of dignity, migraines that last for 1 hour or more over 30 days in a row, worsening of my mental illness ~~~~, and future unknown injuries in the amount of $100,000,000.00 in actual, nominal, compensatory, presumptive, punitive, pecuniary, and declaratory damages.

(See Standing form as attached Exhibit A)

## Cause of Action 6

6). Starting 12-3-2020 and still ongoing today 1-12-2026 for at least 5 years in a row for more than 360 days and 360 times the United States of America and it's FBOP employees acted negligently in providing suitable living quarters, care, and protection for Zumar DuBose by forcing Zumar DuBose to drink spoiled sour milk and eat spoiled & rotten apples causing Zumar DuBose loss of dignity, ~~motion~~ to be malnourished, diarrhea, migraines for more than 2 hours, hemmoroids, stool with blood in it, vomiting, and future unknown injuries causing $100,000,000.00 in actual compensatory, nominal, presumptive, pecuniary, punitive, and declaratory damages.
(See Stanley form 95 attached Exhibit A)

## Cause of Action 8

8). Starting 12-3-2020 thru 1-12-2026 the United States of America and it's FBOP employees acted negligently in providing suitable living quarters, care, and protection for Zumar DuBose by forcing Zumar DuBose to sleep on the top bunk bed without providing any bunk bed ladder or any alternative support to reach the top bunk bed without injury causing Zumar DuBose right and left foot sprains, both knee sprains, lower back sprains, anxiety, stress, depression, migraines that last 1 hour for over 30 days in a row, worsening of my mental illness, loss of dignity, future unknown injuries causing $100,000,000.00 in actual, nominal, presumptive, compensatory, punitive, pecuniary, and declaratory damages.

(see Standing form 95 attached Exhibit A)

## Cause of Action 9

9). Starting 12-3-2020 and still ongoing today 1-12-2026 the United States of America and it's FBoP employees acted negligently in providing suitable living quarters, care, and protection for Zumar DuBose by forcing Zumar DuBose to wear damaged and illegal, unlawful footwear for over 5 years in a row causing Zumar DuBose foot injuries of bunions on right foot, shifting of the toes on both feet, right ankle sprains more than 10 times, anxiety, stress, depression, migraines from pain in bottom of feet, that lasted more than 1 hour for over 390 days in a row, both knee pains and swelling, and future unknown injuries causing $100,000,000.00 in actual, nominal, compensatory, presumptive, punitive, pecuniary, and declaratory damages.

(See Standing form 95 attached Exhibit A)

## Cause of Action 10

10) On 12-27-2025 the United States of America and it's FBOP employees acted negligently in providing suitable living quarters, care, and protection for Zumar DuBose by forcing Zumar DuBose to use the FBOP unsanitized shower that was and still is missing tiles on the floor which caused Zumar DuBose to trip and fall causing Zumar DuBose right foot fracture/sprains, right knee sprain, and lower back pains; the unit officer refused to allow Zumar DuBose to go to medical for injuries, causing Zumar DuBose bodily injury, anxiety, stress, body pains that cause migraines for more than 1 hour for 5 days or more, depression, causing $100,000,000.00 in actual, nominal, compensatory, presumptive, punitive, pecuniary, and declaratory damages.

(See Standard form 95 attached Exhibit A)

13 of 17

## Cause of Action 11

11). Starting 4-28-2021 and still on going to/my 1-12-2026 the United States of America and it's FBOP employees acted negligently in providing suitable living quarters, care, and protection for Zumar DuBose by forcing Zumar DuBose to be malnurish by issuing the tuesday chicken patty tray to Zumar DuBose missing 1 chicken patty with no substitute for over 600 days, issuing the Wednesday Hamburger tray to Zumar DuBose missing 1 hamburger for over 600 days with no substitute, and issuing the Friday fish patty tray to Zumar DuBose missing 1 fish patty with no substitute for over 600 days causing Zumar DuBose to be malnurished, unnecessary weight loss, atrophy, hunger pains in the sleep hours waking me up over 600 days, anxiety, depression, stress, worsing of my medal illness. Causing $100,000,000.00 in actual, nominal, compensatory, punitive, presumptive, pecuniary, and declaratory damages.

(See standing form 95 attached exhibit A)

Cause of Action 12

12). Starting 4-28-2021 and still ongoing today 1-12-2026 the United States of America and it's FBOP employees acted negligently in providing suitable living quarters, care, and protection for Zumar DuBose by forcing Zumar DuBose to get spider bites in my sleep, mice in my clothes, mice feces in my commissary Ramon soups, dead mice rotten forcing me to vomit in my cell, from FBOP ventilation system, insects in my oatmeal packaging causing Zumar DuBose stress, anxiety, depression, red itchy painful skin, bites on my body arms & legs, loss of dignity, future unknown injuries causing $100,000,000.00 in actual, nominal, compensatory, presumptive, punitive, pecuniary, and declaratory damages. Also bed bugs.

(See Standing Form 95 attatched. Exhibit A.)

## Cause of Action B

B) Starting 4-28-2020 and still ongoing today 1-12-2026 the United States of America and it's FBOP employees acted negligently in providing suitable living quarters, care, and protection for Zumar DuBose by forcing Zumar DuBose to only access 500 minutes by telephone each month and no more minutes after each month causing Zumar DuBose stress, anxiety, depression, loss of dignity, impairment of my defense in all my cases causing $100,000,000.00 in actual, nominal, compensatory, presumptive, pecuniary, punitive, and declaratory damages.

See standing form 95 attached Exhibit A.

16 of 17

# (Cause of Action 14).

14). Starting 12-3-2020 and still ongoing today 1-12-2026 the United States of America and it's FBOP employees acted negligently in providing suitable living quarters, care, and protection for Zumar DuBose by forcing Zumar DuBose to be in a sleep deprivation condition for 5 years plus by forcing Zumar DuBose to be double bunked and overcrowded in the FBOP with inmates who flushes and use the cell toilet at the sleep hours of 2am - 4am causing me to wake up and lose sleep, tiredness, red eyes, cellmates leaves human waste and feces on toilet, causing me stress, anxiety, depression, sleep deprivation, worsening of my mental illness, causing $100,000,000.00 in actual damages, compensatory, nominal, punitive, pecuniary, presumptive, and declaratory damages.

(See Starling form 95 attached Exhibit A.)

Zumar DuBose
1-12-2026

17 of 17

⇔20472-509⇔
Zumar Dubose
PO BOX 900
RAY Brook, NY 12977
United States

**USPS — UNITED STATES POSTAL SERVICE** — Retail

**G** — US POSTAGE PAID — $0.00
Origin: 12983
01/21/26
3574800983-05

**USPS GROUND ADVANTAGE®**

0 Lb 14.10 Oz
RDC 01

SHIP TO:
PHILADELPHIA PA 19105

USPS TRACKING® #
9500 1127 1177 6021 7590 18

⇔20472-509⇔
Court Clerk Office
U.S. Appeals Court
601 Market ST
Phila, PA 19105
United States

RECEIVED JAN 27 26